UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. § 1716 *et seq.*, <br><br> Plaintiff, <br><br> v. <br><br> EMPIRIAN AT RIVERFRONT, LLC, a Delaware limited liability company, and AINTSAR RIVERFRONT, LLC, a Delaware limited liability company, EZRA BEYMAN, an individual, and MAYER STEG, an individual, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:11-CV-14119 <br> ) <br> ) Hon. Avern Cohn <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED OCT 22 2012 CLERK'S OFFICE U.S. DISTRICT COURT EASTERN MICHIGAN

## DEFAULT JUDGMENT

At a session of said Court, held in the City of Detroit,
County of Wayne, State of Michigan

on _____ at _____ a.m / p.m.

PRESENT: _____
District Court Judge

Upon Plaintiff Federal National Mortgage Association's Motion For Default Judgment As To Defendant Ezra Beyman, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff Federal National Mortgage Association's Motion for Default Judgment As To Defendant Ezra Beyman is GRANTED;

IT IS FURTHER ORDERED that judgment shall be and the same is hereby entered in favor of Plaintiff Federal National Mortgage Association and against Defendant Mr. Ezra Beyman on Count III - Breach Of Guaranties, as asserted in Plaintiff's Verified Complaint

4833-9576-0655.2

For Enforcement Of Mortgage, Including Assignment Of Rents, Appointment Of Receiver And Other Relief, in the total amount of $18,149,262.77, plus applicable statutory interest from the date of judgment.

Dated: __OCT 2 2 2012__       _____
U.S. DISTRICT COURT JUDGE

4833-9576-0655.2