UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, a corporation
established pursuant to 12 U.S.C.
§ 1716 *et seq.*,

      Plaintiff,                    Case No. 2:11-cv-14119

    v.                             Hon. Avern Cohn

EMPIRIAN AT RIVERFRONT, LLC, a
Delaware limited liability company, and
AINTSAR RIVERFRONT, LLC, a
Delaware limited liability company,
EZRA BEYMAN, an individual, and
MAYER STEG, an individual,

      Defendants.                                           /

## JUDGMENT

WHEREAS, Plaintiff Federal National Mortgage Association ("Fannie Mae") has asserted a claim against Defendant Ezra Beyman ("Beyman") for breach of a Guaranty (*see* Dkt. No. 1); and

WHEREAS, Beyman answered Fannie Mae's claim and asserted a single Affirmative Defense (*see* Dkt. No. 59); and

WHEREAS, on October 3, 2013, the Court entered a Memorandum and Order granting Fannie Mae's motion to strike Beyman's Affirmative Defense (Dkt. No. 71); and

WHEREAS, on October 31, 2013, Fannie Mae filed a Motion for Summary Judgment (Dkt. No. 73); and

WHEREAS, with the Affirmative Defense stricken, Beyman's position is that Beyman was unable to contest liability, and the only remaining issue in the Summary Judgment motion was the calculation of the amount of damages; and

WHEREAS, Beyman objected to the calculation of the amount of damages; and

WHEREAS, the parties ultimately agreed on the calculation of the amount of damages; and

WHEREAS, the parties have stipulated only to the judgment in the form and on the terms set forth below; and

WHEREAS, the Court is otherwise duly advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

Fannie Mae's Motion for Summary Judgment (Dkt. No. 73) is granted as set forth herein. Judgment shall be and hereby is entered in favor of Fannie Mae and against Beyman in the amount of $17,227,776.00 (Seventeen Million, Two Hundred Twenty Seven Thousand, Seven Hundred Seventy Six Dollars and Zero Cents).

4824-1916-4952.1

This Judgment is without prejudice to Beyman's right to appeal any order entered in this action, except for the calculation of the amount of damages in this Judgment.

Dated: February 3, 2014

                                                     s/ Avern Cohn
                                                     United States District Judge

## STIPULATION

The parties stipulate and agree only to the form of the Judgment on the terms set forth herein. Beyman reserves his right to appeal any order entered in this action, except for the calculation of the amount of damages in this Judgment.

| FOLEY & LARDNER LLP | BARRIS, SOTT, DENN & DRIKER, PLLC |
|---|---|
| By: /s/ Ann Marie Uetz<br>    Ann Marie Uetz (P48922)<br>    Adam Wienner (P71768)<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI  48226<br>(313) 234-7100<br>auetz@foley.com<br>awienner@foley.com<br>*Attorneys for Plaintiff Federal National Mortgage Association*<br><br>Dated: January 30, 2014 | By: /s/ Erica Fitzgerald<br>    Morley Witus (P30895)<br>    Erica Fitzgerald (P64080)<br>    Kevin M. Aoun (P76052)<br>211 W. Fort Street 15th Floor<br>Detroit, MI  48226<br>(313) 596-9308<br>mwitus@bsdd.com<br>efitzgerald@bsdd.com<br>kaoun@bsdd.com<br>*Attorneys for Defendant Ezra Beyman*<br><br>Dated: January 29, 2014 |

4824-1916-4952.1